# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

132329(93)(94)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF DETROIT,
        Plaintiff/Counter-Defendant/
        Appellee,

v

                                       SC: 132329
                                       COA: 257415

AMBASSADOR BRIDGE COMPANY
a/k/a DETROIT INTERNATIONAL BRIDGE
COMPANY,
        Defendant/Counter-Plaintiff/
        Appellant.

Wayne CC: 01-106546-CZ

_____/

       On order of the Court, the motion for admission pro hac vice of David H. Coburn, Alice E. Loughran, Catherine B. Sevcenko, and Richard K. Willard is GRANTED.  The motion to dismiss this appeal is DENIED, because we are not persuaded that the appeal is moot.



       I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

p0723